ORDERED.

Dated: July 25, 2015

*Catherine M. McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

SLS LAND, INC.,                                    Case No. 8:15-bk-01248-CPM
                                                   Chapter 7
    Debtor.
_____/

**ORDER GRANTING MOTION TO DETERMINE THAT AUTOMATIC STAY IS INAPPLICABLE TO REESTABLISHMENT OF LOST NOTE SOLELY FOR PURPOSES OF ENFORCEMENT OF GUARANTY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER came before the Court without hearing upon the Motion to Determine that Automatic Stay Is Inapplicable to Reestablishment of Lost Note Solely for Purposes of Enforcement of Guaranty or, in the Alternative, for Relief from the Automatic Stay (the "Motion") [D.E. 15] filed by Creditor RREF RB SBL-FL, LLC ("RREF"). Accordingly, it is

**ORDERED** as follows:

1.      The Motion is **GRANTED**; and

{M1002563.2}

      2.      The automatic stay does not apply to an action by RREF to reestablishment of a lost note solely for purposes of enforcing a guaranty on the note.

Attorney Mark S. Roher is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.