**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**                                   **CASE NO. 15-01248-CPM**

**SLS LAND, INC.**
    **Debtor.**
_____/

NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF ESTATE

TO:    ALL INTERESTED PARTIES
FROM: V. JOHN BROOK JR., TRUSTEE

_____

**IMPORTANT NOTICE OF OPPORTUNITY TO OBJECT & FOR HEARING**

*PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SET FORTH ON THE PROOF OF SERVICE ATTACHED TO THIS PAPER, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT AT 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FL 33602-3899 AND SERVE A COPY ON THE TRUSTEE, V. JOHN BROOK JR, 2520 ML KING ST. N., ST. PETERSBURG, FL 33704.*

*    IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE AND NOTIFY YOU OF A HEARING, OR THE COURT MAY CONSIDER THE OBJECTION AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.*

_____

PURSUANT TO SECTION 554, BANKRUPTCY CODE, AND RULE 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING DESCRIBED PROPERTY:

HERNANDO COUNTY REAL PROPERTY located at :

**Vacant Land, Orchard Park Unit 3, Lots #6, 12, 16,**
**20, 22, 24, 40, 41, 44, and 48**
**Spring Hill, FL 34608**

THE PROPERTY IS BEING ABANDONED FOR THE FOLLOWING REASONS: The property is being abandoned for the reason that the property is not necessary to the administration of this case, and is

therefore deemed burdensome to the estate and of no value and benefit to the estate.

DATED THIS November 10, 2015

_____
V. JOHN BROOK JR., ESQ.
TRUSTEE OF ABOVE ESTATE
2520 ML KING STREET NORTH.
ST. PETERSBURG, FL 33704
(727) 821-5010/FBN 136142

**CERTIFICATE OF SERVICE ON MATRIX**

     I CERTIFY THAT THE ORIGINAL HEREOF HAS BEEN FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT, AND A COPY HAS BEEN FURNISHED TO:
DEBTOR: SLS LAND, INC.8245 RIVER COUNTRY DRIVE, SPRING HILL, FL  34607
DEBTOR ATTY.:ALBERTO GOMEZ, 403 East Madison Street, Suite 400 ,Tampa, FL 33602
U.S. TRUSTEE, 501 E. POLK ST, SUITE 1200, TAMPA, FL 33602
AND THOSE LISTED ON THE ATTACHED COURT MAILING MATRIX,  ON November 10, 2015.


_____

V. JOHN BROOK JR. PA  
V. JOHN BROOK JR.  
2520 ML KING ST N  
ST PETERSBURG, FL  33704

UNITED STATES BANKRUPTCY COURT  
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  SLS LAND INC. | CASE NO: 8-15-01248-CPM |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 11/12/2015, I did cause a copy of the following documents, described below,

ABANDON REAL PROPERTY,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/12/2015

/s/ V. JOHN BROOK JR.  
V. JOHN BROOK JR.  0136142  
V. JOHN BROOK JR. PA  
2520 ML KING ST N  
ST PETERSBURG, FL  33704  
727 821 5010  
johnbrooktrustee@tampabay.rr.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: SLS LAND INC. | CASE NO: 8-15-01248-CPM<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 11/12/2015, a copy of the following documents, described below,

ABANDON REAL PROPERTY,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/12/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
V. JOHN BROOK JR. PA
V. JOHN BROOK JR.
2520 ML KING ST N
ST PETERSBURG, FL  33704

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-8<br>CASE 8-15-BK-01248-CPM<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>TUE NOV 10 19-48-27 EST 2015 | ~~CATHERINE PEEK MCEWEN~~<br>~~TAMPA~~ | RREF RB SBL-FL LLC<br>CO MARK S. ROHER ESQ.<br>JONES WALKER LLP<br>201 S. BISCAYNE BLVD.<br>SUITE 2600<br>MIAMI FL 33131-4341 |

| DEBTOR | | |
|---|---|---|
| SLS LAND INC.<br>8245 RIVER COUNTRY DRIVE<br>SPRING HILL FL 34607-2137 | FLORIDA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>POST OFFICE BOX 6668<br>TALLAHASSEE FL 32314-6668 | HERNANDO COUNTY TAX COLLECTOR<br>20 N MAIN STREET ROOM 112<br>BROOKSVILLE FL 34601-2892 |

| | | |
|---|---|---|
| HERNANDO COUNTY TAX COLLECTO<br>20 N. MAIN ST. ROOM 112<br>BROOKSVILLE FL 34601-2893 | INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | JONES WALKER LLP<br>ATTN- SCOTT SILVER ESQ.<br>201 S. BISCAYNE BLVD #2600<br>MIAMI FL 33131-4341 |

| | | |
|---|---|---|
| LAKE JOVITA HOMEOWNERS ASSOC<br>CO RONNIE L. DEESE<br>14651 21ST ST.<br>DADE CITY FL 33523-2920 | PALMWOOD BUILDERS<br>8245 RIVER COUNTRY DRIVE<br>SPRING HILL FL 34607-2137 | PASCO COUNTY TAX COLLECTOR<br>P.O. BOX 276<br>DADE CITY FL 33526-0276 |

| | | |
|---|---|---|
| RREF RB ACQUISTIONS LLC<br>CO QUANTUM SERVICING CORP<br>6302 E MLK BLVD<br>TAMPA FL 33619-1165 | RALPH S GLOVER TRUST<br>8245 RIVER COUNTRY DRIVE<br>SPRING HILL FL 34607-2137 | ROBERT L. TODD ESQ<br>111 SECOND AVE. NE #539<br>SAINT PETERSBURG FL 33701-3493 |

| CM/ECF E-SERVICE | CM/ECF E-SERVICE | CM/ECF E-SERVICE |
|---|---|---|
| V JOHN BROOK +<br>2520 ML KING STREET NORTH<br>SAINT PETERSBURG FL 33704-2718 | ALBERTO F GOMEZ JR.+<br>JOHNSON POPE BOKOR RUPPEL & BURNS LLP<br>403 EAST MADISON STREET SUITE 400<br>TAMPA FL 33602-4614 | UNITED STATES TRUSTEE - TPA713 +<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 |

| CM/ECF E-SERVICE | CM/ECF E-SERVICE | CM/ECF E-SERVICE |
|---|---|---|
| SHAWN M YESNER +<br>YESNER LAW P.L.<br>13035 W. LINEBAUGH AVE. SUITE 101-B<br>TAMPA FL 33626-4481 | HERBERT R DONICA ATTORNEY FOR TRUSTEE +<br>DONICA LAW FIRM PA<br>106 S TAMPANIA AVENUE #250<br>TAMPA FL 33609-3256 | MARK S ROHER +<br>JONES WALKER LLP<br>201 S. BISCAYNE BLVD. SUITE 2600<br>MIAMI FL 33131-4341 |

| CM/ECF E-SERVICE | CM/ECF E-SERVICE | |
|---|---|---|
| ANGELINA E LIM +<br>JOHNSON POPE BOKOR RUPPEL & BURNS LLP<br>PO BOX 1100<br>TAMPA FL 33601-1100 | NOTE- ENTRIES WITH A □+□ AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF | |