UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: §
§
§
Sls Land, Inc. § Case No. 8:15-bk-01248-CPM
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

V. JOHN BROOK, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 220,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 4,814.09 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 10,550.91 | |

3) Total gross receipts of $ 15,365.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 15,365.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 532,729.73 | $ 90,354.52 | $ 90,354.52 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,550.91 | 10,550.91 | 10,550.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 500.00 | 500.00 | 500.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 501,951.03 | 509,544.86 | 509,544.86 | 4,314.09 |
| **TOTAL DISBURSEMENTS** | $ 1,034,680.76 | $ 610,950.29 | $ 610,950.29 | $ 15,365.00 |

   4)  This case was originally filed under chapter 7 on  02/10/2015 .  The case was pending for 18 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  09/27/2016                By:/s/V. JOHN BROOK, JR.
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1) Vacant Land, Lake Jovita Lot #175, 12311 Woodlands Cir, D | 1110-000 | 15,365.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,365.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pasco County Tax Collector P.O. Box 276 Dade City, FL 33526 | | 2,253.60 | NA | NA | 0.00 |
| | Ralph S Glover Trust 8245 River Country Drive Spring Hill, FL 34607 | | 500,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hernando County Tax Collector | 4110-000 | 5,476.13 | 5,476.23 | 5,476.23 | 0.00 |
| 2 | Hernando County Tax Collector | 4110-000 | NA | 5,800.13 | 5,800.13 | 0.00 |
| 4 | Lake Jovita Homeowners Assoc | 4110-000 | 25,000.00 | 79,078.16 | 79,078.16 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 532,729.73 | $ 90,354.52 | $ 90,354.52 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| V. JOHN BROOK, Jr. | 2100-000 | NA | 2,286.50 | 2,286.50 | 2,286.50 |
| V. JOHN BROOK, Jr. | 2200-000 | NA | 66.22 | 66.22 | 66.22 |
| PAULA S O'NEIL | 2500-000 | NA | 27.00 | 27.00 | 27.00 |
| PAULA S. O'NEIL | 2500-000 | NA | 2,838.50 | 2,838.50 | 2,838.50 |
| HERBERT R. DONICA & DONICA LAW FIRM, P.A. | 3210-000 | NA | 5,275.00 | 5,275.00 | 5,275.00 |
| HERBERT R. DONICA & DONICA LAW FIRM, P.A. | 3220-000 | NA | 57.69 | 57.69 | 57.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 10,550.91 | $ 10,550.91 | $ 10,550.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | NA | 500.00 | 500.00 | 500.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 500.00 | $ 500.00 | $ 500.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palmwood Builders 8245 River Country Drive Spring Hill, FL 34607 | | 28,597.16 | NA | NA | 0.00 |
| 5 | Rref Rb Sbl-Fl, Llc | 7100-000 | 473,353.87 | 509,544.86 | 509,544.86 | 4,314.09 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 501,951.03 | $ 509,544.86 | $ 509,544.86 | $ 4,314.09 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 15-01248 | CPM | Judge: | Catherine Peek McEwen | Trustee Name: | V. JOHN BROOK, JR. |
|---|---|---|---|---|---|---|
| Case Name: | Sls Land, Inc. | | | | Date Filed (f) or Converted (c): | 02/10/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/18/2015 |
| For Period Ending: | 09/27/2016 | | | | Claims Bar Date: | 02/12/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1) Vacant Land, Lake Jovita Lot #175, 12311 Woodlands Cir, D | 80,000.00 | 0.00 | | 15,365.00 | FA |
| 2. Vacant Land, Orchard Park Unit 3, Lots #6, 12, 16, 20, 22, 2 | 220,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $300,000.00    $0.00    $15,365.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

MAIL DIVERTED=HIRED HERB DONICA TO NEGOTIATE SALE OF REAL PROPERTY-HEARING HELD ON MOTION FOR RELIEF FROM STAY-ORDER GRANTING MOTION TO SELL OR LEASE PROPERTY 10/20/15-REVIEWING CLAIMS 2/14/16 MONIES RECEIVED PREPARING TO CLOSE 3/21/16

RE PROP #    1    --    sale of lots for $12,500 plus DOR & tax & recording

Initial Projected Date of Final Report (TFR): 03/01/2017    Current Projected Date of Final Report (TFR): 03/01/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-01248 | Trustee Name: | V. JOHN BROOK, JR. |
| Case Name: | Sls Land, Inc. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX8620 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1457 | Blanket Bond (per case limit): | $40,144,000.00 |
| For Period Ending: | 09/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/08/15 | 1 | RIALTO REAL ESTATE FUND LP | SALE OF REAL PROPERTY DKT 21 | 1110-000 | $15,365.00 | | $15,365.00 |
| 01/06/16 | 1001 | PAULA S O'NEIL<br>CLERK & COMPTROLLER<br>PASCO COUNTY CLERK<br>8731 CITIZENS DRIVE, ROOM 220<br>NEW PORT RICHEY, FL 34654 | Recording Fee FOR SALE OF PROPERTY PER DOC #21 | 2500-000 | | $27.00 | $15,338.00 |
| 01/06/16 | 1002 | PAULA S. O'NEIL<br>CLERK & COMPTROLLER<br>PASCO COUNTY<br>8731 CITIZENS DRIVE #220<br>nEW pORT rICHEY, fl 34654 | DOC STAMP FEE FOR SALE OF PROPERTY PER DKT#21 | 2500-000 | | $2,838.50 | $12,499.50 |
| 06/16/16 | 1003 | V. JOHN BROOK, Jr.<br>2520 DR MLK JR STREET N<br>ST. PETERSBURG, FL 33704 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,286.50 | $10,213.00 |
| 06/16/16 | 1004 | V. JOHN BROOK, Jr.<br>2520 DR MLK JR STREET N<br>ST. PETERSBURG, FL 33704 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $66.22 | $10,146.78 |
| 06/16/16 | 1005 | HERBERT R. DONICA & DONICA LAW FIRM, P.A.<br>DONICA LAW FIRM<br>106 S TAMPANIA AVENUE<br>SUITE 250<br>TAMPA, FL 33609-3248 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $5,275.00 | $4,871.78 |
| 06/16/16 | 1006 | HERBERT R. DONICA & DONICA LAW FIRM, P.A.<br>DONICA LAW FIRM<br>106 S TAMPANIA AVENUE<br>SUITE 250<br>TAMPA, FL 33609-3248 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $57.69 | $4,814.09 |
| 06/16/16 | 1007 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia Pa 19101-7346 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $500.00 | $4,314.09 |
| | | | Page Subtotals: | | $15,365.00 | $11,050.91 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-01248 | Trustee Name: | V. JOHN BROOK, JR. |
| Case Name: | Sls Land, Inc. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX8620 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1457 | Blanket Bond (per case limit): | $40,144,000.00 |
| For Period Ending: | 09/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/16 | 1008 | Rref Rb Sbl-Fl, Llc<br>C/O Jones Walker Llp<br>201 S. Biscayne Blvd., Ste. 2600<br>Miami, Fl 33131 | Final distribution to claim 5 representing a payment of 0.85 % per court order. | 7100-000 | | $4,314.09 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $15,365.00 | $15,365.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,365.00 | $15,365.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,365.00 | $15,365.00 |

Page Subtotals:   $0.00   $4,314.09

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8620 - Checking | $15,365.00 | $15,365.00 | $0.00 |
|  | $15,365.00 | $15,365.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,365.00 |
| Total Gross Receipts: | $15,365.00 |

Page Subtotals:   $0.00   $0.00